Williams v. Williams

─────────────

JANE W. WILLIAMS v. JOHN F. WILLIAMS

No. 7610DC517

(Filed 15 December 1976)

**Appeal and Error § 41— record on appeal — inclusion of pleadings — prior record on appeal incorporated by reference**

    The requirement of Rule 9 (b) (1) of the Rules of Appellate Procedure that the record on appeal contain the pleadings on which the case was tried was not satisfied where a record on appeal of a prior, premature appeal in the case was attached as an exhibit to the present record on appeal and incorporated by reference therein.

APPEAL by plaintiff from *Greene, Judge.* Order entered 10 February 1976 in District Court, WAKE County. Heard in the Court of Appeals 17 November 1976.

Plaintiff apppeals from an order awarding her custody, ordering defendant to pay child support, and ordering psychiatric examinations of the parties.

*Dixon and Hunt, by Daniel R. Dixon and Robert Monroe, for plaintiff appellant.*

*No brief filed by defendant appellee.*

ARNOLD, Judge.

The record on appeal does not contain the pleadings on which the case was tried as required by Rule 9 (b) (1) of the Rules of Appellate Procedure. Incorporated by reference and attached as an exhibit was the record on appeal of a prior, and premature, appeal in this action. This procedure does not satisfy the requirement of Rule 9 (b) (1), and the appeal is subject to dismissal. *Johnson v. Hooks,* 27 N.C. App. 584, 219 S.E. 2d 664 (1975).

However, we have considered the merits of the assignments of error brought forward and argued in appellant's brief. We discern no error and affirm the order of the trial court.

Affirmed.

Judges MORRIS and CLARK concur.